**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 12, 2022

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED.

*[signature]*

April 13, 2022

Re: **United States v. Lanair Milton**
**22 CR 93 (JMF)**

Dear Judge Furman:

With the consent of the Government, I write to request an extension of the deadline for pretrial motions in the above-referenced matter. I mistakenly miscalendered the date for defense pretrial motions, which were originally due April 7. I write to request a one week extension of the deadline. With the Government's consent, I respectfully request that the Court endorse the following schedule:

- Mr. Milton's pretrial motions due by April 14, 2022.
- Government response by April 28, 2022.
- Mr. Milton's reply by May 5, 2022.

Respectfully submitted,

____/s/_____
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc: Joshua Naftalis
    Assistant United States Attorneys