UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : 22-CR-093 (JMF)
:
LANAIR MILTON, : <u>ORDER</u>
:
                Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Upon further review of the parties' submissions, including the body camera footage identified as Exhibits B and C to Defendant's motion, the Court concludes that an evidentiary hearing would be helpful, if not necessary, to resolve Defendant's motion to suppress. Unless and until the Court orders otherwise, the parties shall appear for an evidentiary hearing on **July 27, 2022**, at **9:30 a.m.** If either party has a conflict with that date, or either party believes that the Court should hold a conference in advance of the hearing, the parties shall confer and file a letter motion seeking appropriate relief.

      SO ORDERED.

Dated: May 11, 2022
       New York, New York

                                                _____
                                                JESSE M. FURMAN
                                                United States District Judge