UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
   -v- : 22-CR-093 (JMF)
:
LANAIR MILTON, : SCHEDULING ORDER
:
                          Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Trial in this case is scheduled for **September 7, 2022** at **9:30 a.m.**

      It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by noon on **August 26, 2022**.  Any opposition to a motion *in limine* or trial memorandum shall be filed by 5 p.m. on **August 30, 2022**.

      In accordance with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Furman, a party must submit one courtesy hard copies of these documents to the Court at the time of filing.  In addition, the proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to Furman_NYSDChambers@nysd.uscourts.gov.

      It is further ORDERED that the parties appear for a final pretrial conference on **September 1, 2022**, at **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.  **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

      The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman.

      SO ORDERED.

Dated: July 14, 2022
       New York, New York
                                                               JESSE M. FURMAN
                                                             United States District Judge